JS - 6

FILED: 12/19/13

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Maria De Los Angeles Aurora Gomez, et al.*, | CASE NO. CV 12-8704-GHK (SHx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Bank of America, N.A., et al.*, | |
| Defendants. | |

Pursuant to the Court's December 19, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiffs' RICO claims are **DISMISSED with prejudice**.  Also pursuant to the Court's December 19, 2013 Order, it is further ADJUDGED that Plaintiffs' state law claims are **DISMISSED without prejudice** to their refiling in state court.  28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED**.

DATED: December 19, 2013

_____
GEORGE H. KING
Chief United States District Judge